Kristina N. Holmstrom
Nevada Bar No. 010086
Ann-Martha Andrews
Nevada Bar No. 007585
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone:  602.778.3700
Fax:  602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Life Insurance Company of North America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT OLSEN,<br><br>       Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA (also known as CIGNA), dba NEW YORK LIFE GROUP BENEFIT SOLUTIONS, a Connecticut Corporation,<br><br>       Defendant. | Case No.: 2:21-cv-1197-APG-(DJA)<br><br>THE PARTIES' STIPULATION TO EXTEND DATE<br>TO ANSWER COMPLAINT, AND PROPOSED ORDER |

Defendant Life Insurance Company of North America and Plaintiff Robert Olsen hereby stipulate that defendant may have through and including October 1, 2021 to answer Plaintiff's Complaint.

Good cause exists for this extension as counsel for defendant received the Complaint on August 11, 2021 and needs time to obtain and review the administrative record as well as prepare a responsive pleading.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

//

DATED this 31th day of August 2021.

| Law Offices of Steven J. Parsons | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Steven J. Parsons<br>Steven J. Parsons<br>Nevada Bar No. 363<br>10091 Park Run Dr. Ste. 200<br>Las Vegas, NV 89145<br>Telephone: 702.384.9900<br>Fax:  702.384.5900<br>Steve@SJPlawyer.com<br><br>*Attorney for Robert Olson* | By: /s/ Kristina N. Holmstrom<br>Kristina N. Holmstrom<br>Nevada Bar No. 010086<br>Ann-Martha Andrews<br>Nevada Bar No. 007585<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone:  602.778.3700<br>Fax:  602.778.3750<br>kristina.holmstrom@ogletree.com<br>ann.andrews@ogletree.com<br><br>*Attorneys for Defendant Life Insurance Company of North America* |

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 2, 2021

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Steven J. Parsons
Law Offices of Steven J. Parsons
10091 Park Run Dr. Ste. 200
Las Vegas, NV 89145
Steve@SJPlawyer.com

      /s/ Susan A. Stimson
      An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

48412963.1